| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF DELAWARE, WILMINGTON DIVISION | |
| Case number *(if known)* _____  Chapter **11** | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   United States of America Rugby Football Union, Ltd.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   16-1118870

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **2655 Crescent Dr** <br> **Ste A** <br> **Lafayette, CO 80026-3373** <br> Number, Street, City, State & ZIP Code | **2655 Crescent Dr** <br> **Ste A** <br> **Lafayette, CO 80026-3373** <br> P.O. Box, Number, Street, City, State & ZIP Code |
   | **Boulder County** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor  **United States of America Rugby Football Union, Ltd.**　　　　　　　　　Case number (*if known*) _____
　　　　　Name

7. **Describe debtor's business**　A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ■ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **713990**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   　　☐ A plan is being filed with this petition.
   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor __United States of America Rugby Football Union, Ltd.__    Case number (*if known*) _____
     Name

11. **Why is the case filed in *this district*?**    *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No

    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard?    _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other    _____

    **Where is the property?**    _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.    Insurance agency    _____
           Contact name    _____
           Phone    _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**    *Check one:*

    ☐ Funds will be available for distribution to unsecured creditors.

    ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    | | | |
    |---|---|---|
    | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
    | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
    | ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
    | ☐ 200-999 | | |

15. **Estimated Assets**

    | | | |
    |---|---|---|
    | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

    | | | |
    |---|---|---|
    | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    United States of America Rugby Football Union, Ltd.          Case number (*if known*)
_____
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __31 March 2020__
                    MM / DD / YYYY

X /s/ _____         Ross Young
Signature of authorized representative of debtor      Printed name

Title   Mr. Ross Young, CEO

**18. Signature of attorney**

X /s/ Mark M. Billion _____         Date  31 March 2020
Signature of attorney for debtor                               MM / DD / YYYY

Mark M. Billion
Printed name

Billion Law
Firm name

1073 S Governors Ave
Dover, DE 19904-6901
Number, Street, City, State & ZIP Code

Contact phone  302 428 9400.      Email address  markbillion@billionlaw.com

_____DE 5263_____
Bar number and State

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------------x
In re:                                                             :    Chapter 11
        United States of America Rugby Football                    :    Case No. 19-_____ (___)
        Union, Ltd.,                                               :
                Debtor.                                            :
EIN:                                                               :
-------------------------------------------------------------------x
```

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the captioned Debtor hereby certifies that no corporate entities own 10% or more of its equity interests.

_____
Mr. Ross Young, CEO

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------x
In re:                                                             :   Chapter 11
        United States of America Rugby Football                    :   Case No. 19-_____ (___)
        Union, Ltd.,                                               :
                Debtor.                                            :
EIN:                                                               :
-------------------------------------------------------------------x
```

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the above-captioned Debtor hereby states that there are no outstanding equity interests.

_____
Mr. Ross Young, CEO

# WRITTEN CONSENT
# OF THE BOARD OF DIRECTORS
OF
USA Rugby Football Union, LTD.

Being the Directors of the United States of America Rugby Football Union, LTD, D/B/A USA Rugby, (the "Corporation"), agrees and consents to the adoption of the following resolution and directs the Secretary of the Corporation to file this resolution of the Board of Directors with the Corporation's legal records:

**WHEREAS** the Board of Directors of USA Rugby appointed a special task force on or about December 2019 with the purpose to study, investigate and recommend changes to the existing organizational, fiscal and operational structures given the challenges of the Corporation existing at that time;

**WHEREAS** since the appointment of the special task force, the Corporation has been hit by the additional financial hardship caused by the COVID-19 virus and its disabling effect on rugby in the United States and across the world;

**AND WHEREAS** in the midst of a nationwide struggle to mitigate financial damages, United World Sports, LLC, American International Media, LLC and USA Sevens, LLC have brought an arbitration action requiring additional output of funds to defend and which requires an answer by April 1, 2020;

**NOW THEREFORE, BE IT RESOLVED**, that the Board of Directors upon receiving input from the Chief Financial Officer, the Special Task Force, the standing committee on Audit and Risk, bankruptcy legal counsel and upon completing its own due diligence, now votes to file for protection under Chapter 11 of the United States Bankruptcy Code, contingent on the receipt of a promise to pay emergency financial assistance from World Rugby as a lender in bankruptcy post-filing and to forward this resolution for vote and ratification by the Congress of USA Rugby in accordance with Article 4.1(f) of the bylaws.

**THIS WRITTEN CONSENT** of the Directors of the Corporation may be executed in more than one counterpart, each of which shall be deemed an original and all of which together shall constitute one instrument.

*Signature page to follow*

1

DATED: March 27, 2020

*Unanimously voting in the affirmative*:

> Barbara O'Brien, Chair
>
> Paul Santinelli, Vice Chair
>
> Michael Crafton, Director
>
> Julie Lau, Director
>
> Mike McKenna, Director
>
> Jim Brown, Director
>
> Phaidra Knight, Director
>
> Kevin Swiryn, Director

USA RUGBY CONGRESS hereby (Approves) ~~Disapproves~~ this resolution through a vote of its membership held on March 29, 2020.

*[signature]*
Chair, USA RUGBY CONGRESS

2

**Fill in this information to identify the case:**

Debtor name: United States of America Rugby Football Union, Ltd.

United States Bankruptcy Court for the: District of **DE** (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | USA Sevens LLC<br>United World Sports LLC<br>American International Media LLC<br>277 Broadway Suite 408,<br>New York, NY 100007 | Steven M. Lucks<br>277 Broadway Suite 408<br>New York, NY 10007<br>(646) 755-9200 | Arbitration Demand | Contingent Unliquidated Disputed | | | $40 million is demanded by the creditor |
| 2 | World Rugby Limited<br>World Rugby House 8-10<br>Pembroke Street Lower<br>Dublin 2 Ireland | Edward H. Tillinghast, III<br>30 Rockefeller Plaza<br>New York, NY 10112-0015<br>(212) 634-3050 | Loan | | | | $3,600,000.00 |
| 3 | McGuireWoods LLP<br>Attn: Accounts Receivable<br>800 E. Canal Street<br>Richmond, VA 23219 | Charles McIntyre<br>2001 K STREET N.W.SUITE 400<br>Washington, DC 20006<br>202 857 1742 | Prof. Svcs. | | | | $278,337.46 |
| 4 | USI Insurance Services Northwest<br>PO Box 62949<br>Virginia Beach, VA 23466 | Same<br>914.749.8500 | Insurance | | | | $205,450.91 |
| 5 | United States Olympic Committee<br>1 Olympic Plaza<br>Colorado Springs, CO 80909 | Amy Kragel<br>Same<br>719-632-5551 | Trade | | | | $152,816.74 |
| 6 | US Bank<br>12800 Foster Street<br>Overland Park, KS 66213-2623 | Same<br>(800) 872-2657 | Loan | | | | $141,858.22 |
| 7 | JP Morgan Chase Bank, NA Credit Card<br>1301 Canyon Blvd<br>Boulder CO 80302 | Same<br>(800) 935-9935 | Loan | | | | $120,943.32 |
| 8 | Courtyard by Marriott<br>Cherry Creek<br>1475 South Colorado Blvd<br>Denver, CO 80222 | Same<br>303-757-8797 | Travel | | | | $88,834.42 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor _____     Case number *(if known)*_____
           Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Bryan Cave Leighton Paisner<br>PO Box 503089<br>St. Louis, MO 63150-3089 | Same<br>303-861-7000 | Prof. Svcs. | | | | $81,488.50 |
| 10 | Hudl<br>PO BOX 84610<br>LINCOLN, NE 68501-4610 | Jessica Day<br>Same<br>(402) 817-0060 x 02 | Trade | | | | $63,486.00 |
| 11 | National Center for Safety Initiatives<br>PO Box 74007056<br>Chicago, IL 60674 | Jade Bryant<br>Same<br>(866) 833-7100 | Trade | | | | $50,705.00 |
| 12 | Transworld Media International DBA IMG Media<br>11 Madison Ave, 17th Floor<br>New York, NY 10010 | Anthony D'Imperio<br>Same<br>(212)586-5100 | Trade | | | | $50,000.00 |
| 13 | Rugby Canada<br>30 East Beaver Creek Rd. Ste 110<br>Richmond Hill, ON L4B 1J2 | Same<br>(250) 418-8998 | Trade | | | | $46,035.61 |
| 14 | Elite Athlete Services<br>2800 Olympic Parkway<br>Chula Vista, CA 91915-6000 | (619) 656-1500 | Trade | | | | $40,995.00 |
| 15 | Rice University Housing & Dining<br>6100 Main Street, MS-750<br>Houston, TX 77005 | Attn: Conference Services<br>Same<br>(713) 348-0000 | Trade | | | | $26,232.00 |
| 16 | City of Glendale<br>Rugby Department<br>950 S. Birch St.<br>Glendale, CO 80246 | Linda Cassaday<br>Same<br>(303) 759-1513 | Trade | | | | $25,000.00 |
| 17 | STATSports Ireland BT35 8QS<br>2600 Campus Drive, Bldg J, K & L<br>1512 Larimer Street Suite 100 (Bridge Level)<br>Denver, CO 80202 | (888) 790-3967 | Trade | | | | $24,499.98 |
| 18 | Hampton Inn & Suites Glendale<br>4150 E. Kentucky Ave.<br>Glendale, CO 80246 | (303) 692-1800 | Travel | | | | $19844.00 |
| 19 | Rugby Athletic<br>5600 Feltl Rd.<br>Minnetonka, MN 55343 | (952) 542-1157 | Trade | | | | $18778.78 |
| 20 | Crown Trophy - Boulder<br>4665 Nautilus Ct., Suite 500<br>Boulder CO 80301 | (303) 443-3151 | Trade | | | | $15,954.00 |