# EXHIBIT A

# USA RUGBY TO SUPPORT NSCRO CHAMPIONSHIPS

USA Rugby announced today it has reached an understanding of mutual cooperation and support for the growth and development of small college rugby with the National Small College Rugby Organization (NSCRO).

| USA RUGBY | • | MARCH 19, 2013 | • | Tweet | Like 0 | Share |

BOULDER, Colo. – USA Rugby announced today it has reached an understanding of mutual cooperation and support for the growth and development of small college rugby with the National Small College Rugby Organization (NSCRO).

In recognition of the important contribution NSCRO is making to collegiate rugby, USA Rugby has agreed to provide support and sanctioning for the NSCRO Championships, beginning this year. USA Rugby will also make nationally-appointed referees available for NSCRO Regional and National Championship and send selectors from its High Performance Department to NSCRO events as part of its developing pathways for collegiate players to national teams, including the AIG Collegiate All-American programs.

"We welcome USA Rugby's support and recognition of NSCRO as an independent organization, sharing similar goals for bettering the collegiate rugby experience," NSCRO President Steve Cohen said.

With the creation of the East Coast Division III Men's Collegiate Championship in 2002 by East Penn RU Men's Collegiate Program Coordinator Cohen, the first intra-LAU Division III event of its kind was born. The Women's Championship was added in 2003 and, by 2007, Chip Auscavitch and Cohen formed NSCRO to govern a National Playoff system for Division III Men's and Division III and Division IV Women's Colleges.

NSCRO has grown from about 90 men's and 60 women's colleges to about 210 men's and 80 women's colleges in 2012. The nearly 300 small colleges governed by NSCRO's playoff system is close to 40 percent of all rugby-playing colleges in the United States and represents about 9,000 players.

"We are pleased to forge a relationship with NSCRO, which has done an excellent job supporting small colleges over the years and continues to grow," USA Rugby Collegiate Director Rich Cortez said. "We look forward to supporting NSCRO in the future."

All participating clubs are required by NSCRO to be registered as a memeber with USA Rugby. USA Rugby is currently revising its Registration Membership Database to identify clubs by the divisions in which they will compete and will include NSCRO in addition to its Division I-A, Division I-AA and Division II competitions.

For more information about NSCRO, please visit the NSCRO website. The 2013 Men's National Small College Championship is scheduled for April 27-28 in Glendale, Colorado, at Infinity Park and will be aired live via web streaming.