# EXHIBIT B

**Subject:** USAR Collection of NSCRO Membership Dues
**Date:** Wed, 13 Nov 2019 15:42:27 -0500
**From:** NSCRO President <president@nscro.org>
**To:** Eric Gleason <egleason@usarugby.org>

To: Eric Gleason, USAR CFO

Thank you for taking the time yesterday to discuss the payment status of NSCRO membership dues that USAR is collecting for us. As you can appreciate, it is critical that we receive timely payments to ensure we can continue to support the small college competition structure on behalf of our members.

It is imperative that we received our members' dues in accordance with the agreed schedule, and USAR is currently two months behind schedule.

As we discussed, you explained to me that USAR has "serious cash flow problems" and that you wanted to introduce a payment plan in lieu of our agreed payment schedule as the money collected from NSCRO members has been used or will be used to cover other USA Rugby expenses.

I have begun to update our Board of Directors on this matter.  Please confirm your payment plan for expediting the past due payments and ensuring that future payments will be received on schedule.

Sincerely,

Steve Cohen
NSCRO President and CEO