# EXHIBIT C

**From:** tpirelli@gmail.com <tpirelli@gmail.com>
**Sent:** Sunday, January 5, 2020 3:12 PM
**To:** 'Corey MacDonald' <cmacdonald@macdonaldandblack.com>; 'Steve Cohen' <sdcohane@gmail.com>; 'Steve Lewis' <stevelewis7@yahoo.com>; Rafael X. Zahralddin-Aravena <rxza@elliottgreenleaf.com>; 'Wade Smith' <wade@goplaymarketing.com>; 'Brian Vizard' <bvizard@usrugbyfoundation.com>; 'Denver Sevens Rugby' <info@denversevensrugby.com>; 'Brent Willey' <bwilley@tifab.com>; 'Joe Motley' <jmotley@mvmadvisors.com>; 'Joseph Cavatoni' <joecav@me.com>; 'Alex Goff' <agoff@goffrugbyreport.com>; Alex Magleby <alex.magleby@thefreejacks.com>; 'Paul Haaga' <paulhaagajr@gmail.com>
**Subject:** Update from Jon Bobbett, preview of what is coming (confidential)



Group,

I just got off a long conversation with Jon Bobbett about progress with Restructuring Plan. Needless to say, this is a very complicated situation which has to be handled carefully because there is a lot at stake for the future of U.S. rugby. Jon is going to publish a preliminary report by Jan. 10 so I ask that you keep what I am going to say within this group (and trusted peers) until the official report is released to a broader audience.

Jon apologies for the delay in his direct communication to you, but there were circumstances beyond his control. Jon left Denver immediately after the Dec. 9 Board meeting to travel to Capetown, RSA to host the Golden Eagles' dinner for our men's and women's Eagles. Due to flight delays, it took him 30 hours to get there and he had no time to catch up on email before beginning his role as host.

Jon knew nothing about what happened in the Board meeting during its second day on Dec. 10, nor did he see the Board communication of Dec. 12 until after it was sent out. He was unaware that the message from the Board was different from what was agreed to on Dec. 9, and by then he

was on his way to a meeting in Amsterdam and then on to Christmas holidays with his family in St. Martin.

Since New Year's day, Jon has been in conversations with Barbara O'Brien and he clarified that Jon, and Jon alone, will be in charge of the Restructuring Plan and all communication regarding that Plan will come from Jon – without modifications by the Board.

**Clarifications for this Group**

- No present member of the Board or the National Office will be on the Restructuring Committee
- There are many legal issues to be resolved, starting with creating a new set of Bylaws
- There will be a request for volunteers from the ranks of veteran rugby players and officials in the areas of:
    - Legal
    - Accounting
    - Referees
    - Coaches
    - Information Resources (I will head that committee, but will be looking for assistance)
    - Fund Raising
    - And other areas of expertise relevant to the restructuring process

The work of the Restructuring Committee and the sub-committees will be completely transparent and will be published regularly, starting with Jon's initial report on Jan. 10, 2020. Input from anyone involved with U.S. rugby will be welcomed. I will be the primary "information gatherer" for the Restructuring Committee, so all suggestions, recommendations and comments can be sent to me at: tpirelli@gmail.com

I will consolidate what is sent to me and pass it on to the Committee. Jon's primary focus will be on-going discussions with World Rugby and the USOC, as well as confirming his Restructuring Committee members. One of those members will be fellow Golden Eagle, Corey Macdonald, who is a highly respected attorney. Jon has had numerous discussions with Gary Gold, Mike Friday and Emilie Bydwell and they are very supportive of what is being proposed.

Below is a chart which is a work-in-progress, but serves to illustrate the latest thinking in terms of how the U.S. National Governing Body (NGA) will be organized to coordinate activities among its constituent entities. Each of the entities on this chart will run autonomously, but will coordinate on such things as a national database of players for scouting, marketing (ticket sales) and analysis purposes:

**Proposed USA Rugby Organization**

Men's Eagles 7s ↔ Men's Eagles 15s ↔ NGB Headquarters ↔ Women's Eagles 15s & 7s ↔ Major League Rugby

NGB Headquarters ↔ Amateur Rugby

Amateur Rugby → Youth Rugby ↔ College Rugby ↔ NSCRO ↔ Club Rugby ↔ Other Orgs?

January 2020

The Governing Bodies (GB's) will **set their own dues** rates, collect their own dues, and remit a small percentage to the NGB so the NGB can handle overall national responsibilities such as:

- Coordination with World Rugby on rules, policies and international match scheduling
- Serve as the National Governing Body to comply with the US Olympic Committee guidelines
- Sanctioning and certifications
- Player Safety

Each of the separate GB's will be responsible for their own liability insurance policies and for fund raising beyond what dues provide.

USAR has already purchased the SportsLoMo combination membership/registration/competition management system and that software will be available to all GB's at no cost to them. It is strongly recommended that the GB's use the SportsLoMo software because that will make it much easier and more accurate when collecting player information for scouting and marketing purposes.

The NGB will have a fixed budget which will be a fraction of the current USAR National Office budget. The NGB will be required to reserve 20% of their annual revenue for unforeseen circumstances. The NGB will not be allowed to spend more than the remaining 80% of their annual revenue in any given year. It is anticipated that the NGB membership fee to the GB's will be in the $10 - $20 per person range, depending on what services the NGB will end up providing. The goal is to keep that fee as low as possible, with $10 per member as the target amount.

## **Summary**

As you can see, there has been progress made towards defining what happens next, but a lot of details are yet to be resolved. That will take some time and a revised schedule will be published by the Restructuring Committee once there is more clarity in the process.

The confusion caused by the Board's letter and video will soon be clarified by communications coming directly from Jon Bobbett as the **Crisis Restructuring Officer**. The Committee has no intention of telling you what to do. The Committee's intent is to ask U.S. rugby constituents how they think they can best run their organizations. With the large geographic size of the U.S., the different rugby seasons, and with the different needs for youth, high school, college, club, MLR and our national teams, there is not a *"one size fits all"* way of doing things. Please continue to think about what will be the best future path for your areas of responsibilities and start to implement them. You will have the Committee's support.

This communication is a preview of what is coming. At this point, everything is subject to change based on more feedback and better information. I hope you will agree that this is a good start. Please let me know your thoughts and I will pass them on to Jon. Due to Jon's overflowing email box, you will get a faster response if you go through me because I can ensure Jon is aware of your thoughts.

Hope is on the horizon.   -Tom

Tom Pirelli
Golden Eagle
847 910-0721