# EXHIBIT D

 

PRINCIPAL PARTNER

June 12, 2020

Ross Young
Chief Executive Officer
USA Rugby, LLC.
501 S. Cherry Street
Suite 100
Glendale, CO 80246


Steve Cohen
CEO & President
NCR
116 N. Lakeside Drive E.
Medford, NJ 08055


Dear Steve:

I hope this letter finds you well, safe and healthy amidst the current pandemic. We are all witnessing an unprecedented time in all forms of the American sports landscape. Our goal at USA Rugby is to provide a clear and transparent path forward and be sure to keep open lines of communication with all of our constituents. As you are likely aware, USA Rugby is approaching the end of its reorganization and is ready to provide continued leadership throughout the 2020 – 2021 season.

With that said, I wanted to take this opportunity to make you aware that USA Rugby has received your notifications via email and through the rugby community. Several parties have been confused as to the relationship with USA Rugby and National College Rugby (NCR). This confusion has been borne through several recruiting calls to universities being made by your team. We want this notice to give clarity to NCR and any collegiate institutions that may have questions regarding USA Rugby, the National Governing Body (NGB) and NCR.

USA Rugby has provided NCR with the opportunity to be members of the NGB, which is the same membership extended to other college organizations who wish to be full members of USA Rugby and be afforded the member benefits of the union. While we are working through our operating models at the present and do not have exact details of return to play due to the pandemic, we are confident that membership dues will be approximately $35 per member. These dues will provide full membership benefits as afforded by the union:
- Access to the USA Rugby Membership System and Competitions Management System to ensure eligibility and compliance of clubs and their members;
- Compliance services (SafeSport and background checks);
- General Liability Insurance;
- Excess Accident Insurance;

 




- USA Rugby Certification for Referees and Coaches;
- Access to USA Rugby certified referees for all sanctioned competitions;
- USA Rugby membership endorsement for all International competitions;
- Eligibility for USA Rugby sanctioned events or National Team pathways (Collegiate All-Americans, U20, U23 or Senior National Team);
- Members of USA Rugby's governance structure and more specifically, voting members of their respective constituent councils;
- National Office support in relation to membership, compliance and best practices;
- Access to event management services, if you desire to contract through the NBG.

If NCR does not wish to be a full member of USA Rugby, there is an alternative method for sanctioning that is used by other collegiate partners. USA Rugby, in accordance with the Ted Stevens Act (U.S. Code § 220525 - Granting sanctions for amateur athletic competitions) will evaluate sanctioning matches between NCR and USA Rugby clubs under the following conditions being met:

- All teams (with the exception of international sides, who need clearance from their home union) MUST be a registered entity with USA Rugby;
- In addition, all sanctioned events must have all applicable adults SafeSport certified, and background checked with evidence provided to the Union;
- The two institutions must enter into a written agreement between the representative athletic department leadership (athletic or recreational sports director) endorsing the competition between a USA Rugby sanctioned club and NCR;
- Teams must comply with the USA Rugby Safety guidelines for sanctioning
    - See http://assets.usarugby.org/docs/membership/Safety_Guidelines.pdf
    - Must comply with collegiate eligibility rules
    - Match organizer must submit a list of participating teams four weeks prior to the competition
    - USA Rugby may request match day rosters to verify compliance
    - All games must be officiated by a USA Rugby registered and Level 1 Certified referee
    - Field requirements must comply with World Rugby standards, including but not limited to sideline barriers, post pads, field monitors from each team and if played on turf, must be safe and appropriate for the contemplated match and agreed to by both clubs.
    - Appropriate medical coverage including but not limited to doctor, paramedic or athletic trainer complete with medical treatment area which must be designated with emergency supplies and access to ambulatory services
    - Participating teams must agree to follow the World Rugby code of conduct. It is the coach's responsibility to ensure that coaches, players, managers, and staff read and understand their obligations under the code
    - No unregistered player, coach referee or volunteer from either organization (NCR and/or USA Rugby) shall be permitted to play or participate at any level




 

PRINCIPAL PARTNER

- The match fee of $250.00 must be paid to USAR prior to the match.

USA Rugby works to create mutually beneficial relationships with its collegiate partners to create better student athlete experiences. While we find it unfortunate that NCR has elected to operate independently from the NGB, we respect your right to do so and wish you the best of luck in your future endeavors.

We believe that the student athlete experience is the single most important pillar to growing our sport in the United States and ensuring proper support and adherence to the laws of the game, as defined by World Rugby. We believe that the two options discussed above can create the preferred student athlete experience. We wish you all the best as you embark on the 2020-2021 season and we hope to find a way to best support your program. If you have any questions or would like to discuss this further, please feel free to contact me.


Warm regards,


Ross Young
Chief Executive Officer, USA Rugby.



501 South Cherry Street Suite 100, Glendale CO, 80246  |  Phone: 303.539.0300  |  Fax: 303.539.0311

