# **EXHIBIT E**

**From:** Johnathan Atkeison <jatkeison@usa.rugby>
**Sent:** Thursday, August 6, 2020 5:48 PM
**To:** Stephen Cohen <sdcohane@gmail.com>
**Cc:** Rafael X. Zahralddin-Aravena <rxza@elliottgreenleaf.com>; Ross Young <ryoung@usa.rugby>; Corey MacDonald <corey@macdonaldlaw.us>
**Subject:** USA Rugby 2020-2021 membership options proposal

Steve,

I hope this finds you well and healthy during the current circumstances. Please see the attached letter regarding USA Rugby membership options for the 2020-2021 season.

Regards,
--
**JOHNATHAN ATKEISON** | USA Rugby
**e:** jatkeison@usa.rugby
**d:** +1.919.816.7538
2655 Crescent Drive, Unit A | Lafayette CO 80026






Ross Young
Chief Executive Officer
USA Rugby, LLC.
501 S. Cherry Street
Suite 100
Glendale, CO 80246

Dear Steve,

I hope this letter finds you well, safe and healthy. I'm writing today to follow up on prior conversations regarding the sanctioning relationship between USA Rugby and NCR. As we previously stated, our goal at USA Rugby is to provide a clear and transparent path forward and be sure to keep open lines of communication with all of our constituents. We are moving to finalize our legal reorganization while concurrently implementing governance reforms contained with our new bylaws. We are also rapidly approaching the new 2020-2021 registration cycle.

As part of those processes we have recently finalized the 2020-2021 college dues proposal. After reviewing those fees, we felt it appropriate to reach back out to NCR and offer costing structure options for membership in 2020-2021.

**Option 1**

Full membership with USA Rugby. While you have recently declined this option, we wanted to formally remind you that NCR is still welcome to be a full member. Full collegiate membership is $32 inclusive of full membership and insurance. We are also offering a "Training Membership" for $25 for the 2020 – 2021 season due to COVID-19 restrictions. Training memberships must be upgraded to full membership prior to resuming competition.

**Option 2**

If NCR does not wish to be a member of USA Rugby, there is an affiliate membership package that has been offered other collegiate partners. This proposal served as the base for the previous discussions between our organizations, which were ultimately abandoned when mutually agreeable terms could not be found.

USA Rugby will evaluate sanctioning matches between NCR and USA Rugby clubs to ensure the following conditions are met:

- All teams (with the exception of international sides, who need clearance from their home union) MUST be a registered entity with USA Rugby;
- In addition, all sanctioned events must have all applicable adults SafeSport certified, and background checked with evidence provided to the Union;




 

**PRINCIPAL PARTNER**

- The two institutions must enter into a written agreement between the representative Athletic or Recreational Sports department leadership. The agreement must endorse the competition between a USA Rugby sanctioned club and NCR;
- As NCR has obtained separate insurance, each party to a sanctioned match will be insured by separate entities. The participating teams must enter into a subrogation or similar agreement, approved by the respective insurers, defining the rights of potential claimants and which insurance policy shall govern potential claims to ensure there is coverage and clarity as to who is responsible.
- Teams must comply with the USA Rugby Safety guidelines for sanctioning
    - See http://assets.usarugby.org/docs/membership/Safety_Guidelines.pdf
    - Must comply with collegiate eligibility rules
    - Match organizer must submit a list of participating teams four weeks prior to the competition
    - USA Rugby may request match day rosters to verify compliance
    - All games must be officiated by a USA Rugby registered and Level 1 Certified referee
    - Field requirements must comply with World Rugby standards, including but not limited to sideline barriers, post pads, field monitors from each team
    - Appropriate medical coverage
    - Participating teams must agree to follow the World Rugby code of conduct. It is the coach's responsibility to ensure that coaches, players, managers, and staff read and understand their obligations under the code
    - No unregistered player, coach referee or volunteer from either organization (NCR and/or USA Rugby) shall be permitted to play or participate at any level
    - The match fee of $250.00 must be paid to USAR prior to the match.

**Option 3**

After finalizing the 2020-2021 USA Rugby college player dues, we would like to propose an affiliate membership package based off the cost breakdown used to calculate full-member dues. We believe this model may provide additional benefits for NCR and will save many teams money when compared to the alternative $250 per-game sanctioning fee.

For 2020-2021, the base rate for a USA Rugby registered college player will be $32, inclusive of the $25,000 member accident policy and liability coverages. If NCR has committed to providing their own comprehensive insurance at the same level or greater than that offered by USA Rugby for all matches, we propose removing the insurance portion of those dues, leaving insurance coverage for the matches as an NCR responsibility and a balance of $17.98 per player (contingent on documentation being provided by NCR that policies offered though NCR membership meet or exceed 2020-2021 policy limits). There is a likelihood that we will need to work cooperatively with the insurance to subrogate or otherwise address competing policy

 




concerns to ensure proper coverage. The costing model would be based on assessing the $17.98 dues amount for each individual player a program carries on their roster.

Utilizing this model would:

- Allows NCR teams to play in an unlimited number of matches against USA Rugby registered clubs. Individual NCR teams and players would be considered as a special tier of membership, but because of the individual nature of the registration would be considered fully-sanctioned.

- Full access to, and insurance coverage for, USA Rugby referees for matches involving NCR teams (both inter-NCR competition and matches between NCR and USA Rugby teams).

If players wish to compete for programs outside of their NCR affiliation, or to attend USA Rugby national pathway events, they will need to upgrade to full membership status. However, under this model the individual athlete wishing to do so would only be charged the difference between their NCR tier USA Rugby registration and the full membership rate for a USA Rugby registered college player.

For coaches affiliated with NCR programs, we propose a similar program. The 2020-2021 rate for coaches within the USA Rugby system will be $65, inclusive of background screening, SafeSport and insurance coverages. For NCR we propose removing the insurance portion of those dues (contingent on documentation being provided by NCR that policies offered though NCR membership meet or exceed 2020-2021 policy limits), leaving us with a 2020-2021 base rate of $60 for NCR coaches. As with the players, this would give the coaches "sanctioning" relative to their USA Rugby and World Rugby qualifications.

We understand that many of your programs have been impacted by COVID related cancellations of their season. Unfortunately, this is a shared concern amongst the entire rugby community, and we are working with our members to develop registration options that suit their needs in the current environment.

As always, we remain committed to the success of the collegiate game, and we hope that this proposal can assist in moving our discussions forward.

Warm regards,

Ross Young
Chief Executive Officer, USA Rugby.


