# EXHIBIT F

C

**From:** Johnathan Atkeison <jatkeison@usa.rugby>
**Sent:** Wednesday, August 26, 2020 12:59 PM
**To:** Stephen Cohen <sdcohane@gmail.com>
**Cc:** Rafael X. Zahralddin-Aravena <rxza@elliottgreenleaf.com>; Ross Young <ryoung@usa.rugby>; Corey MacDonald <corey@macdonaldlaw.us>
**Subject:** Re: USA Rugby 2020-2021 membership options proposal

Steve,

Pursuant to your request to Ross for further information, and to ensure you have the same info as the other College constituents, the attached document formed the basis of the dues discussions with the rest of the College groups, and was recently circulated to them as part of those discussions.

Two notes:

Subsequently, the College group did choose to opt for the insurance "Buy-Up" option, setting their dues levels at $32 for the full, and $25 for the training membership.

The pie chart on slide 14 is based off of a budgetary modeling used for the dues construction process.

Please feel free to give a call if you have any questions,

--
**JOHNATHAN ATKEISON** | USA Rugby
**e:** jatkeison@usa.rugby
**d:** +1.919.816.7538
2655 Crescent Drive, Unit A | Lafayette CO 80026





On Thu, Aug 6, 2020 at 3:47 PM Johnathan Atkeison <jatkeison@usa.rugby> wrote:
Steve,

1

I hope this finds you well and healthy during the current circumstances. Please see the attached letter regarding USA Rugby membership options for the 2020-2021 season.

Regards,

--

**JOHNATHAN ATKEISON** | USA Rugby

**e:** jatkeison@usa.rugby

**d:** +1.919.816.7538

2655 Crescent Drive, Unit A | Lafayette CO 80026

   





# USA RUGBY 2020-21

COMMUNITY SERVICE AGREEMENT

# USA RUGBY MEMBERSHIP
## 2020 – 2021



The following information is privileged and confidential as it remains in draft phase. Sharing this document or the included information outside essential personnel is strictly prohibited.



# PREAMBLE

## USA RUGBY BYLAWS, SECTION 1.1

"USA Rugby is the national governing body of Rugby Union in the United States of America. Formed in 1975 in part to ensure the playing and administration of the game in the United States is in accordance with the Laws of the Game, and World Rugby Regulations. USA Rugby is a full member of World Rugby and the United States Olympic & Paralympic Committee. USA Rugby is the regulatory entity for the sport of Rugby Union and is responsible for overseeing and sanctioning participation of the amateur and professional game. It runs the national representative teams across all age groups for men and women.

USA Rugby is the sanctioning body for all competitive Rugby matches at the national level, and indirectly through its Council's at the local, regional, and national level. The Corporations goals are to grow the sport throughout the country by providing appropriate levels of training, education and compliance while promoting inclusivity and diversity within the Game."



# 2020-21 MEMBERSHIP CYCLE

Modified registration types to adapt with limited activities permitted through COVID-19

## TRAINING MEMBERSHIP

- New for the 2020-2021 season

- Full insurance coverage for all rugby activities (contact and non-contact) other than match play (inter-squad contact scrimmage covered; scrimmage or match against another team not covered)

- Can be upgraded to a full-membership at any time; just pay the difference

- Must be upgraded to a full-membership before a player can be added to a match roster

## FULL MEMBERSHIP

- Normal membership with full coverage for the year

- Full insurance coverage for all rugby activities; training and matches

- Covers full membership with the union and eligibility for USA Rugby events (competitions, national camps, training and education opportunities)

- Players are eligible to be placed on match rosters



# COLLEGIATE

- $30 or $32 base rate, inclusive of USA Rugby membership and insurance ($2 variability on buy up options)

- $23 "Training Membership" rate for 2020 based off COVID-19 restrictions.

- Training membership must be upgraded to full-membership prior to resuming competition



**2020-21 MEMBERSHIP DUES BREAKDOWN**

INSURANCE $12.06

USAR MEMBERSHIP $17.98





# MEMBERSHIP DUES 2020-21
Administrative Categories

- **COACH** | $65 annually

- **REFEREE** | $65 annually

- **ADMIN & EXECUTIVE** | $35 annually

- **SUPPORTER |** $35 annually (donation)

Membership inclusive of background screening, accident and liability and SafeSport certification.

# COLLEGITATE BREAKDOWN

- $12.06 or $14.01 base rate, inclusive of all policies

- Base policies coverages remain unchanged for 2019-2020

- $1.95 buy-up option increases maximum coverage of accident policy from $10,000 to $25,000



OTHER COVERAGES $1.18
EXCESS LIABILITY $0.53
LIABILITY $2.04
ACCIDENT $8.30



# SERVICES PROVIDED
## Community Departments

| MEMBERSHIP | TRAINING & EDUCATION | COMMUNITY | BUSINESS SERVICES |



# USA RUGBY NATIONAL OFFICE

# MEMBERSHIP

Department Staff | 2
Budgetary Assignment | 100% Community

## NATIONAL OFFICE RESPONSIBILITIES

- Management and Support of Membership Database

- Management and issuance of Certificates of Insurance, International Tour Clearances, International Player Clearances

- Input of coach and referee certification data

## COMMUNITY RESPONSIBLITIES

- Eligibility



# TRAINING & EDUCATION

Department Staff | 2
Budgetary Assignment | 100% Community

## RESPONSIBILITIES

- Management and Support of online Learning Management System (LMS)

- Creation/Digitization of content for online Learning Management System

- Management of World Rugby coach and referee certification

- Referee development and management

## NO LONGER RESPONSIBLE FOR



# COMMUNITY DEPARTMENT

Department Staff | 2
Budgetary Assignment | 100% Community

## RESPONSIBILITIES

- Work with community councils and associated organizations to meet community needs

- Work with community councils and associated organizations on governance and implementation of World Rugby and USOPC guidelines.

- Work with Training and Education on content scheduling and development based on community need

- Management of Discipline and Grievance processes

- Work with Rules and Laws on implementation of World Rugby

## NO LONGER RESPONSIBLE FOR

- Competition Management



# BUSINESS SERVICES

Department Staff | 8
Budgetary Assignment | Strictly proportionate to Community and National Team resource as approved by Audit & Risk.

## RESPONSIBILITIES

- Finance oversees all revenue and expenditures, required USOPC and World Rugby financial reporting, works with Audit & Risk, handles insurance and USOPC required annual audits.

- Human resources oversees all staff, handles all SafeSport compliance and complaints, and oversees USOPC compliance and governance audits

- IT oversees all internal technology, office IT infrastructure and the operations of USA Rugby digital assets

- Communications manages communication of all union matters to members (email, website and social channels) and amplifies select Youth & High School, College and Senior Club communications developed by councils.

## RESPONSIBILITIES CONT.

- Medical works with World Rugby and USOPC on implementation and management of community medical standards. Additionally, medical drives development of medical education and best practices for the community game

- Philanthropy works with donors wishing to make restricted community gifts, and works with the appropriate council on distribution of funds

- CEO oversees all aspects of business operations, directs organizational strategy and provides linkage for domestic operations into the global game





# UNION AND NGB SERVICES

Act as exclusive governing body required by national and global entities.

POLICY | COMPLIANCE | CERTIFICATION | LAWS & REGULATIONS





Member, United States Olympic & Paralympic Committee



# USA RUGBY MEMBERSHIP DUES

# WHERE IT GOES IN 2020-21

- Member Insurances includes member accident, liability, excess liability and portion of business insurances apportioned to community

- Business Expenses includes community portion of items like rent, IT infrastructure, etc.

- Operational Budgets and Salaries reflect only community portions



BUSINESS EXPENSES 15%
CAPITAL RESERVES 15%
SALARIES 22%
MEMBER INSURANCES 28%
OPERATIONAL BUDGETS 20%





# TOTAL OPERATIONS

Department Staff  |  14
Budgetary Assignment  |  Divided between Community & HP dependent on usage

**COMMUNITY NOT CHARGED FOR:**

- National Team budgets including staffing and operational costs

- National Team administration which includes all cost to the National Office associated with the National Teams

- Community Events Department and Operations or National Championship Series events

- National Team events, including of Events department budget and staffing

- Commercial activities, including commercial department budget and staffing and sponsorship activations