# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| United States of America Rugby Football Union, Ltd., | ) Case No. 20-10738 (BLS) |
| | ) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

I, Rafael X. Zahralddin-Aravena, hereby certify that on August 28, 2020, a true and correct copy of the foregoing **SUPPLEMENTAL LIMITED OBJECTION AND RESERVATION OF RIGHTS TO DEBTOR'S SMALL BUSINESS DEBTOR'S PLAN OF REORGANIZATION** was served upon the following parties in the manner indicated:

*Via Electronic Mail:*
Mark M. Billion, Esq.
Billion Law
1073 South Governors Avenue,
Dover, DE 19904
Email: markbillion@billionlaw.com

David M. Klauder, Esq.
1204 N. King Street
Wilmington, DE 19801
Email: dklauder@bk-legal.com

David Villagrana, Esq.
Office of the United States Trustee
844 N. King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
Email: david.villagrana2@usdoj.gov

Dated: August 28, 2020                **ELLIOTT GREENLEAF**

*/s/ Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena (No. 4166)
1105 North Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Email: rxza@elliottgreenleaf.com
*Counsel for National Collegiate Rugby Organization*