UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

----------------------------------------------------------------x
In re:                                                          :   Chapter 11
    United States of America Rugby Football  :   Case No. 20-10738 (BLS)
    Union, Ltd.,                              :
        Debtor.           :
EIN: 16-1118870                                                 :
----------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF ROSS YOUNG IN SUPPORT OF CONFIRMATION OF THE FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF UNITED STATES OF AMERICA RUGBY FOOTBALL UNION, LTD., AND RESPONSE TO OBJECTIONS TO CONFIRMATION**

1. I submit this declaration (the "Declaration") in support of confirmation of the First *Amended Chapter 11 Plan of Reorganization of United States of America Rugby Football Union, Ltd.,* (together with all schedules and exhibits thereto, and as may be modified, amended or supplemented from time to time, the "Plan").[1] (Docket No. 186).

2. I am the Debtor's chief executive officer and I understand the Debtor's financial and governance structure. I have been directly involved in the development of the Plan, including its terms and the associated financial projections.

3. I am authorized to submit this Declaration on behalf of the Debtor. Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge or the personal knowledge of employees who report to me, my review of relevant documents, information provided to me by the Debtor's management or legal advisors, or my opinion based upon my familiarity with the Debtor's business, operations, and financial condition. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Plan.

**Liquidation Analysis Asset Values**

1. The liquidation analysis considered the value of the Debtor's assets. Beyond the value of cash, it assigned values to the following assets:

    i. Prepaid Insurance: This asset was valued by divided by the number of months remaining on the prepaid policies in accordance with GAAP.

    ii. The Accounts Receivable was calculated based on aging of the receivables and a management review of the counterparties. The Debtor does not believe that the remaining AR, written to zero here, is recoverable or marketable in any way.

    iii. USA Rugby Partners, LLC (78% Stake) is a subsidiary of the Debtor, and represents a liability in the form of potential capital calls. All value related to this entity is realized in the value of the licenses, which was accordingly valued by Maloney & Kennedy, LLP, retained by the Debtor in this case to provide such an evaluation.

    iv. The FFE, Domain Names, Rugby Materials (which are precisely as they sound, pads, shirts, jerseys, balls and alike), collectibles (traveling trophies and cups) are valued based on what the Debtor believes, it its business judgment, the same could realize at auction. The Patents are for a proprietary member management system that, while once very useful to the Debtor, is nearing the end of its useful life and the Debtor believes that the patents have limited utility elsewhere.

_____
Mr. Ross Young, CEO
Dated: August 30, 2020