UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re: :  Chapter 11
    United States of America Rugby Football : Case No. 20-10738 (BLS)
    Union, Ltd., :
        Debtor. :
EIN: 16-1118870 :
---------------------------------------------------------------x

# SUPPLEMENTAL DECLARATION OF JOHNATHAN ATKEISON IN SUPPORT OF CONFIRMATION OF THE FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF UNITED STATES OF AMERICA RUGBY FOOTBALL UNION, LTD., AND RESPONSE TO OBJECTIONS TO CONFIRMATION

1. I submit this supplemental declaration (the "Declaration") in support of confirmation of the First *Amended Chapter 11 Plan of Reorganization of United States of America Rugby Football Union, Ltd.,* (together with all schedules and exhibits thereto, and as may be modified, amended or supplemented from time to time, the "Plan").[1] (Docket No. 186).

2. I am the Debtor's scholastic manager and I understand the Debtor's financial and governance structure. My role includes oversight of all aspects of the community game, inclusive of but not limited to: construction and management of community related strategic plans and budgets, management of bylaws and discipline, and oversight of the member insurance tender process. I have been directly involved in the development of the Plan, including its terms and the associated financial projections.

3. I am authorized to submit this Declaration on behalf of the Debtor. Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge or the personal knowledge of employees who report to me, my review of relevant documents, information provided to me by the Debtor's management or legal advisors, or my opinion based

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Plan.

upon my familiarity with the Debtor's business, operations, and financial condition. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

**Basis for the Plan's Revenue Projections**

4. The monthly rate of member acquisition and renewal (i.e., the percentages of total annual memberships sold) ("Monthly MAR") was modeled on of the 2018-2019 season, which is the last last full season from which to draw a comparison.

5. The Monthly MAR was determined on a composite and member line basis, with lines including senior player, college player, high school player, youth player, rookie rugby player, coach, referee, and administrative member on an individual state basis. Accordingly, the Monthly MAR was based on an evaluation of these 400 separate revenue streams, where the geographic and membership data gave us an ability to estimate for geographical and age-related COVID impacts.

6. The revenue per category of the Monthly MAR was further adjusted to account for the trends in membership over the past two seasons. We assumed that no National Collegiate Rugby Organization Inc. ("NCR") members, would join the Debtor. As NCR points out in its objection, the COVID pandemic make all assumptions somewhat uncertain. in looking for precedent to govern our projections, we have come to believe that this uncertainty is a feature across all recreational activities nationwide. We acknowledge the same.

7. The underlying assumption is 50% of pre-COVID Monthly MAR for the months of August through December 2020. Of that 50%, we projected only half (25% of total membership) would be registered at normal rates (full membership). The other half (25% of the total membership) were projected to register at the reduced cost "training" rates.

8. The training rates allow the Debtor to recapture revenue that would otherwise be lost and to provide a much-needed service. Due to the contact associated with rugby, it is inadvisable to play it in

any form without insurance, and the same is a key part of what we offer our players. Accordingly, even while training, insurance is a must and the Debtor's training rates allow for non-competitive play with accident and liability coverage, and are upgradable to a full membership once competitive play resumes sports resume. This program was designed in with community feedback and polling. Given the limited return to play that we are seeing currently, including football at the high school and collegiate levels, our budget assumes that membership begin to increase starting in January 2021 based on an easing of COVID restrictions, and a resumption of some level of normal activity along with some upgrades from the training members.

9. Subsequent to the submission of the Plan, the Debtor finalized its "Community Agreement" negotiations, which secured the future membership of approximately 107,000 non-NCR youth, collegiate and senior club players. Due to negotiations embedded in these community agreements, the Debtor is able to realize this membership in a more cost-effective manner. Specifically, as part of the youth and high school agreement, these 40,000 or so members have been assigned to a separate accident policy, with its own claims management process. This removed $125,000.00 in costs from the operating budget, and $40,000.00 in administrative savings based on the structure's reduced staffing needs. In exchange, these organizations secured reduced rates.

10. Beyond continuing to secure membership revenues as it always has, the Debtor also secures revenue from commercial fees, events revenue, training and education initiate linked revenue, pledged philanthropic contributions, and grant revenue. This additional revenue, excluding philanthropy, accounts for $1.9 million in revenues. Accordingly, NCR is mistaken when it ascribes all revenue, $5,192,898, as being associated with membership dues.[2]

---

[2] "Upon information and belief, the Debtor's sole source of income is from membership dues." As a further aside, there is no need for such assumptions. (NCR objection at ¶ 47.) The Debtor's financials, which NCR references, are available online. (See e.g., https://www.usa.rugby/2019/11/usa-rugby-rolls-out-strategic-plan-framework-and-phase-one-objectives/.)

11. Assuming a return to play, we expect our cash flow to continue to grow based on our historical total revenues, which range from $10-$12 million and for these reasons believe that it will be $11,001,882.00 by 2025. The numbers cited by NCR to the contrary are our net cash flow numbers, which are not the same as the total amount of revenue generated, which is what the $11,001,882.00 symbolizes.

**Expenditures**

12. Our administrative expenditures (*e.g.*, departmental budgets and staffing) reflect these conservative membership revenue assumptions. Staffing numbers are held at the current levels, and discretionary spending in departmental budgets has essentially been eliminated.[3]

13. The Debtor has further slashed its insurance costs, securing a concession from the carrier of its member accident policy requiring a $500.00 payment in September to activate the policy, and subsequently pay on a quarterly schedule predicated on the members actually registered in each category during the preceding three months period. This converted a fixed cost into one that floats based on realized revenue. This dramatically reduces the Debtor's cash flow-related risk, and its overhead, assuming the reduction in membership.

*Johnathan Atkeison*
Johnathan Atkeison
Scholastic Manager

---

[3] The only exception is Training and Education, which is expanding capacity as they migrate their content and delivery into a virtual environment. These expenditures are offset by course revenues and are covered by certain directed grant funding.