# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

| | | | |
|---|---|---|---|
| Debtors Name: | USA Rugby, Ltd | Bank: | JP Morgan Chase |
| Bankruptcy Number: | 20-10738 (BLS) | Account Number: | X2076 Savings |
| Date of Confirmation: | 4/25/2023 | Account Type: | Savings |
| Reporting Period (mon/yr): | Jan-Mar 2023 | | |

| | |
|---|---|
| Beginning Cash Balance: | $14,229.44 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $2,305.01 |
| Collection of Accounts Receivable: | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $2,305.01 |

| | |
|---|---|
| Total of cash available: | $16,534.45 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | $0.00 |
| Total Disbursements | $0.00 |
| Ending Cash Balance | $16,534.45 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| 4/25/2023 | Ross Young (Apr 25, 2023 18:57 MDT) |
| Date | Mr. Ross Young |

Debtor: United States of America Rugby Football Union, Ltd

Case Number: 20-10738 (BLS)

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

| | | | |
|---|---|---|---|
| Debtors Name: | USA Rugby, Ltd | Bank: | JP Morgan Chase |
| Bankruptcy Number: | 20-10738 (BLS) | Account Number: | X0899 Membership |
| Date of Confirmation: | 4/25/2023 | Account Type: | Checking |
| Reporting Period (mon/yr): | Jan-Mar 2023 | | |

| | |
|---|---|
| Beginning Cash Balance: | $2,304.64 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $652,388.58 |
| Collection of Accounts Receivable: | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $652,388.58 |
| Total of cash available: | $654,693.22 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | ($562,317.48) |
| Total Disbursements | ($562,317.48) |
| Ending Cash Balance | $92,375.74 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| 4/25/2023 | Ross Young (Apr 25, 2023 18:57 MDT) |
| Date | Mr. Ross Young |

Debtor: United States of America Rugby Football Union, Ltd

Case Number: 20-10738 (BLS)

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
# POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtors Name: | USA Rugby, Ltd | Bank: | Merrill Lynch |
| Bankruptcy Number: | 20-10738 (BLS) | Account Number: | EMA-428-B07 |
| Date of Confirmation: | 4/25/2023 | Account Type: | Investment |
| Reporting Period (mon/yr): | Jan-Mar 2023 | | |

| | |
|---|---:|
| Beginning Cash Balance: | $84.14 |
| All receipts received by the debtor: | |
| Cash Sales: | $1.41 |
| Collection of Accounts Receivable: | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $1.41 |
| Total of cash available: | $85.55 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | $0.00 |
| Total Disbursements | $0.00 |
| Ending Cash Balance | $85.55 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| 4/25/2023 | Ross Young (Apr 25, 2023 18:57 MDT) |
| Date | Mr. Ross Young |

Debtor: United States of America Rugby Football Union, Ltd

Case Number: 20-10738 (BLS)

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtors Name: | USA Rugby, Ltd | Bank: | JP Morgan Chase |
| Bankruptcy Number: | 20-10738 (BLS) | Account Number: | X9731 T&E |
| Date of Confirmation: | 4/25/2023 | Account Type: | Checking |
| Reporting Period (mon/yr): | Jan-Mar 2023 | | |

| | |
|---|---:|
| Beginning Cash Balance: | $227,287.99 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales: | $251,463.29 |
| Collection of Accounts Receivable: | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $251,463.29 |
| Total of cash available: | $478,751.28 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | ($194,440.22) |
| Total Disbursements | ($194,440.22) |
| Ending Cash Balance | $284,311.06 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_4/25/2023_
Date

_Ross Young (Apr 25, 2023 18:57 MDT)_
Mr. Ross Young

Debtor: United States of America Rugby Football Union, Ltd

Case Number: 20-10738 (BLS)

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtors Name: | USA Rugby, Ltd | Bank: | JP Morgan Chase |
| Bankruptcy Number: | 20-10738 (BLS) | Account Number: | X8858 - M7s |
| Date of Confirmation: | 4/25/2023 | Account Type: | Checking |
| Reporting Period (mon/yr): | Jan-Mar 2023 | | |

Beginning Cash Balance: $91,341.45

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $625,721.35 |
| Collection of Accounts Receivable: | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $625,721.35 |

Total of cash available: $717,062.80

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | ($611,907.45) |
| Total Disbursements | ($611,907.45) |

Ending Cash Balance $105,155.35

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| 4/25/2023 | Ross Young (Apr 25, 2023 18:57 MDT) |
| Date | Mr. Ross Young |

Debtor: United States of America Rugby Football Union, Ltd

Case Number: 20-10738 (BLS)

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

| | | | |
|---|---|---|---|
| Debtors Name: | USA Rugby, Ltd | Bank: | JP Morgan Chase |
| Bankruptcy Number: | 20-10738 (BLS) | Account Number: | X8882 - W7s |
| Date of Confirmation: | 4/25/2023 | Account Type: | Checking |
| Reporting Period (mon/yr): | Jan-Mar 2023 | | |

| | |
|---|---|
| Beginning Cash Balance: | $33,400.23 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $430,100.05 |
| Collection of Accounts Receivable: | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $430,100.05 |

| | |
|---|---|
| Total of cash available: | $463,500.28 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | ($405,709.73) |
| Total Disbursements | ($405,709.73) |

| | |
|---|---|
| Ending Cash Balance | $57,790.55 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| 4/25/2023 | Ross Young (Apr 25, 2023 18:57 MDT) |
| Date | Mr. Ross Young |

Debtor: United States of America Rugby Football Union, Ltd

Case Number: 20-10738 (BLS)

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

| | | | |
|---|---|---|---|
| Debtors Name: | USA Rugby, Ltd | Bank: | JP Morgan Chase |
| Bankruptcy Number: | 20-10738 (BLS) | Account Number: | X3355 - HP Admin |
| Date of Confirmation: | 4/25/2023 | Account Type: | Checking |
| Reporting Period (mon/yr): | Jan-Mar 2023 | | |

| | |
|---|---:|
| Beginning Cash Balance: | $13,375.41 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales: | $53,923.08 |
| Collection of Accounts Receivable: | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $53,923.08 |
| Total of cash available: | $67,298.49 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | ($52,957.80) |
| Total Disbursements | ($52,957.80) |
| Ending Cash Balance | $14,340.69 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| 4/25/2023 | Ross Young (Apr 25, 2023 18:57 MDT) |
| Date | Mr. Ross Young |

Debtor: United States of America Rugby Football Union, Ltd

Case Number: 20-10738 (BLS)

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtors Name: | USA Rugby, Ltd | Bank: | JP Morgan Chase |
| Bankruptcy Number: | 20-10738 (BLS) | Account Number: | X0567 - M7s Savings |
| Date of Confirmation: | 4/25/2023 | Account Type: | Savings |
| Reporting Period (mon/yr): | Jan-Mar 2023 | | |

| | |
|---|---:|
| Beginning Cash Balance: | $2,190.36 |
| All receipts received by the debtor: | |
| Cash Sales: | $79,960.19 |
| Collection of Accounts Receivable: | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $79,960.19 |
| Total of cash available: | $82,150.55 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | ($51,874.66) |
| Total Disbursements | ($51,874.66) |
| Ending Cash Balance | $30,275.89 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| 4/25/2023 | Ross Young (Apr 25, 2023 18:57 MDT) |
| Date | Mr. Ross Young |

Debtor: United States of America Rugby Football Union, Ltd

Case Number: 20-10738 (BLS)

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

| | | | |
|---|---|---|---|
| Debtors Name: | USA Rugby, Ltd | Bank: | JP Morgan Chase |
| Bankruptcy Number: | 20-10738 (BLS) | Account Number: | X0583 - W7s Savings |
| Date of Confirmation: | 4/25/2023 | Account Type: | Savings |
| Reporting Period (mon/yr): | Jan-Mar 2023 | | |

| | |
|---|---:|
| Beginning Cash Balance: | $6,856.38 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales: | $45,209.47 |
| Collection of Accounts Receivable: | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $45,209.47 |
| Total of cash available: | $52,065.85 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | ($43,124.66) |
| Total Disbursements | ($43,124.66) |
| Ending Cash Balance | $8,941.19 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| 4/25/2023 | *Ross Young* (Apr 25, 2023 18:57 MDT) |
| Date | Mr. Ross Young |

Debtor: United States of America Rugby Football Union, Ltd

Case Number: 20-10738 (BLS)

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

| | | | |
|---|---|---|---|
| Debtors Name: | USA Rugby, Ltd | Bank: | JP Morgan Chase |
| Bankruptcy Number: | 20-10738 (BLS) | Account Number: | X2276 - WJNT Pathways |
| Date of Confirmation: | 4/25/2023 | Account Type: | Checking |
| Reporting Period (mon/yr): | Jan-Mar 2023 | | |

| | |
|---|---:|
| Beginning Cash Balance: | $25,640.35 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales: | $68,750.00 |
| Collection of Accounts Receivable: | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $68,750.00 |
| Total of cash available: | $94,390.35 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | ($17,234.05) |
| Total Disbursements | ($17,234.05) |
| Ending Cash Balance | $77,156.30 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| 4/25/2023 | _Ross Young (Apr 25, 2023 18:57 MDT)_ |
| Date | Mr. Ross Young |

Debtor: United States of America Rugby Football Union, Ltd

Case Number: 20-10738 (BLS)

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
# POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

| | | | |
|---|---|---|---|
| Debtors Name: | USA Rugby, Ltd | Bank: | JP Morgan Chase |
| Bankruptcy Number: | 20-10738 (BLS) | Account Number: | X2292 - Commercial |
| Date of Confirmation: | 4/25/2023 | Account Type: | Checking |
| Reporting Period (mon/yr): | Jan-Mar 2023 | | |

| | | |
|---|---|---|
| Beginning Cash Balance: | | $39,159.01 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | | $389,201.49 |
| Collection of Accounts Receivable: | | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | | $0.00 |
| Sale of Debtor's Assets: | | $0.00 |
| Capital Infusion pursuant to the Plan: | | $0.00 |
| Total of cash received: | | $389,201.49 |
| Total of cash available: | | $428,360.50 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | $0.00 |
| All other disbursements made in the ordinary course: | ($234,070.06) | |
| Total Disbursements | | ($234,070.06) |
| Ending Cash Balance | | $194,290.44 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| 4/25/2023 | Ross Young (Apr 25, 2023 18:57 MDT) |
| Date | Mr. Ross Young |

Debtor: United States of America Rugby Football Union, Ltd

Case Number: 20-10738 (BLS)

account was closed in Oc

# USAR MOR 2023 1st Qtr - Summary Report

Final Audit Report 2023-04-26

| | |
|---|---|
| Created: | 2023-04-25 |
| By: | Johnathan Atkeison (jatkeison@usarugby.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAR6x-WJCACFY2kOKV5h_OcsKHbD6ytbbo |

## "USAR MOR 2023 1st Qtr - Summary Report" History

- Document created by Johnathan Atkeison (jatkeison@usarugby.org)
  2023-04-25 - 9:21:31 PM GMT- IP address: 73.14.184.124

- Document emailed to ryoung@usa.rugby for signature
  2023-04-25 - 9:23:05 PM GMT

- Email viewed by ryoung@usa.rugby
  2023-04-25 - 9:24:47 PM GMT- IP address: 74.125.212.209

- Signer ryoung@usa.rugby entered name at signing as Ross Young
  2023-04-26 - 0:57:08 AM GMT- IP address: 76.154.195.111

- Document e-signed by Ross Young (ryoung@usa.rugby)
  Signature Date: 2023-04-26 - 0:57:10 AM GMT - Time Source: server- IP address: 76.154.195.111

- Agreement completed.
  2023-04-26 - 0:57:10 AM GMT

Adobe Acrobat Sign